983 F.2d 1051
 Loquasto (Dr. Michael J.)
v.
Commonwealth of PA., State Board of Chiropractic, Gnall
(Joseph W., D.C.), Dematte (John J., D.C.), Lenhart (Leonard
J., D.C.), Wisniewski (Francis, D.C.), McCall (Randy W.,
D.C.), Rider (Christine V., D.C.), Hicks (Renardo L.), Lebo
(Richard H.), Shevlin (George), Perez-Lemus (Virginia)
 NO. 92-7232
 United States Court of Appeals,
Third Circuit.
 Dec 15, 1992
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 REMANDED.